# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

      v.         Crim. No. 5:15-MJ-1421-1

**JAMES K. ROBERTS**

  On June 10, 2015, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt         /s/ Thomas E. Sheppard
Robert K. Britt          Thomas E. Sheppard
Supervising U.S. Probation Officer     U.S. Probation Officer
              310 Dick Street
              Fayetteville, NC 28301-5730
              Phone: 910-354-2541
              Executed On: December 15, 2015

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

  Dated this __15th__ day of ____December____, 2015.

                   James E. Gates
                   U.S. Magistrate Judge